148

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise consists of cocoa residue or cocoa expeller cake similar in all material respects to the cocoa residue the subject of *Maywood Chemical Works et al.* v. *United States* (22 Cust. Ct. 87, C. D. 1165), the claim of the plaintiff was sustained.

**No. 53474.**—Maywood Chemical Works *v.* United States, protests 137893–K, etc. (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise consists of cocoa residue or cocoa expeller cake similar in all material respects to the cocoa residue the subject of *Maywood Chemical Works et al.* v. *United States* (22 Cust. Ct. 87, C. D. 1165), the claim of the plaintiff was sustained.

**No. 53475.**—Joseph Horne Co. *v.* United States, protest 49333–K (Pittsburgh).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 53476.**—Edw. & John Burke et al. *v.* United States, protests 143384–K, etc. (Los Angeles).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, AUGUST 11, 1949

**No. 53477.**—Agash Refining Corp. *v.* United States, petition 6676–R (New York).

Opinion by OLIVER, C. J. The petition was dismissed.

BEFORE THE FIRST DIVISION, AUGUST 15, 1949

**No. 53478.**—Yardley & Co., Ltd. *v.* United States, protests 87393–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of bottles the same in all material respects as those passed upon in *Griffon Importing Co.* v. *United States* (36 C. C. P. A. 121, C. A. D. 408), the claim of the plaintiff was sustained.